01

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

JUL 2 3 2014

02

03

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

04

05

06

07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

08

09 | SANDRA WESTON,

10 |         Plaintiff,

11 |     v.

12 | CAROLYN W. COLVIN, Acting
   | Commissioner of Social Security,

13 |         Defendant.

14

)
)   CASE NO. C14-0210-MJP-MAT
)
)
)
)   REPORT AND RECOMMENDATION
)
)
)
)
)

15       Plaintiff brought this action to seek judicial review of the denial of an application for

16 disability benefits by the Commissioner of the Social Security Administration.   The parties

17 now stipulate this case should be reversed and remanded for further proceedings.   (Dkt. 14.)

18       Based on the stipulation of the parties, the Court recommends this case be REVERSED

19 and REMANDED for a *de novo* hearing and further administrative proceedings pursuant to

20 sentence four of 42 U.S.C. § 405(g).   On remand, The Administrative law judge (ALJ) shall:

21 (1) evaluate the claimant's subjective complaints under 20 C.F.R. § 416.929 and Social

22

REPORT &
RECOMMENDATION
PAGE -1

01 Security Ruling (SSR) 96-7p; (2) further evaluate the claimant's maximum residual functional

02 capacity under 20 C.F.R. § 416.945, SSR 85-16, and SSR 96-8p; and (3) at step five, obtain

03 supplemental evidence from a vocational expert to clarify the effect of the assessed limitations

04 on the occupational base.   The ALJ and plaintiff may also raise and pursue additional issues.

05 Upon proper application, the Court will consider plaintiff's application for attorneys' fees

06 under the Equal Access to Justice Act, 24 U.S.C. § 2412, *et seq.*

07        The Court recommends that United States District Judge Marsha J. Pechman

08 immediately approve this Report and Recommendation and order the case REVERSED and

09 REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. §

10 405(g).   A proposed order accompanies this Report and Recommendation.

11        DATED this 23rd day of July, 2014.

Mary Alice Theiler
Chief United States Magistrate Judge

REPORT &
RECOMMENDATION
PAGE -2